IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–00773–KMT

ANTHONY L. GONZALEZ,

      Plaintiff,

v.

KING SOOPERS a Kroger Corp.,
KING SOOPERS STORE #76,
KEVIN KELLY - King Soopers Representative, and
STEPHANY BOOKNIGHT - King Soopers Representative Kroger Inc. – Dillons Co.,

      Defendants.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed.

R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order (Doc. No. 23) of Magistrate Judge Kathleen M. Tafoya entered on

October 10, 2014 it is

      **ORDERED** that the Defendants' Motion to Dismiss Plaintiff's Amended Complaint

(Doc. No. 21) be **GRANTED.**  It is further

      **ORDERED** that final judgment is hereby entered in favor of defendants, King Soopers a

Kroger Corp., King Soopers Store #76, Kevin Kelly, and Stephany Booknight and against

plaintiff, Anthony L. Gonzalez on all claims for relief and causes of action asserted in this case.

It is further

2

**ORDERED** that defendants, King Soopers a Kroger Corp., King Soopers Store #76,

Kevin Kelly, and Stephany Booknight shall have their costs by the filing of a Bill of Costs with

the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P.

58(a) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of October, 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   S. Grimm
Deputy Clerk